# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dooley, Kari A. | District of Connecticut | 05/09/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

915 Lafayette Boulevard
Courtroom 4 - Annex
Bridgeport, Connecticut 06604

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Judge of the Superior Court | State of Connecticut Judicial Department |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 11/09/04 | State of Connecticut Pension Plan |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | State of Connecticut Judicial Department salary | $108,815.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dooley, Kari A. | 05/09/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dooley, Kari A. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Abbott Labs Stock | A | Dividend | J | T | | | | | |
| 2. Abbvie Stock | A | Dividend | K | T | | | | | |
| 3. Alphabet Class C | | None | L | T | | | | | |
| 4. Alphabet Class A | | None | L | T | | | | | |
| 5. Altria Group Stock | A | Dividend | J | T | | | | | |
| 6. Americaan Airline Stock | A | Dividend | K | T | | | | | |
| 7. Amgen Stock | B | Dividend | K | T | | | | | |
| 8. Americn Electrical Power Stock | A | Dividend | J | T | | | | | |
| 9. Apache Stock | A | Dividend | J | T | | | | | |
| 10. Apple Stock | A | Dividend | K | T | | | | | |
| 11. A T & T Stock | C | Dividend | K | T | Buy (add'l) | 09/06/18 | J | | |
| 12. | | | | | Buy (add'l) | 04/03/18 | J | | |
| 13. Baxter International Stock | A | Dividend | J | T | | | | | |
| 14. Boeing Stock | B | Dividend | L | T | | | | | |
| 15. British Amerian Tobacco ADRs | A | Dividend | | | Sold | 12/31/18 | J | | |
| 16. Caterpillar Stock | A | Dividend | K | T | | | | | |
| 17. CBS Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dooley, Kari A. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Centerpoint Energy Stock | A | Dividend | J | T | | | | | |
| 19. Chemours Stock | A | Dividend | J | T | | | | | |
| 20. Cisco Systems Stock | B | Dividend | K | T | | | | | |
| 21. Coca Cola Stok | A | Dividend | K | T | | | | | |
| 22. Comcast Stock | A | Dividend | K | T | | | | | |
| 23. Conaga Stock | A | Dividend | J | T | | | | | |
| 24. ConocoPhillips Stock | A | Dividend | K | T | | | | | |
| 25. Cummins, Inc. Stock | A | Dividend | K | T | | | | | |
| 26. Diageo Stock | A | Dividend | J | T | | | | | |
| 27. Diamondrock Hospitality Stock | A | Dividend | J | T | | | | | |
| 28. DowDupont Stock | B | Dividend | K | T | | | | | |
| 29. DXC Technology Stock | A | Dividend | J | T | | | | | |
| 30. Eli Lilly Stock | A | Dividend | K | T | | | | | |
| 31. Exelon Stock | A | Dividend | K | T | | | | | |
| 32. Exxon Mobil Stock | B | Dividend | K | T | | | | | |
| 33. Facebook Stock | | None | K | T | | | | | |
| 34. G. Willi Food Stock | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dooley, Kari A. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. General Electric Stock | A | Dividend | | | Sold | 12/24/18 | J | | |
| 36. General Motors Stock | A | Dividend | | | Sold | 12/24/18 | J | | |
| 37. General Dynamics Stock | A | Dividend | K | T | | | | | |
| 38. Gilead Stock | A | Dividend | J | T | | | | | |
| 39. Hewlett Pckard Stock | A | Dividend | J | T | | | | | |
| 40. Home Depot | B | Dividend | L | T | | | | | |
| 41. HP Inc. Stock | A | Dividend | J | T | | | | | |
| 42. Intel Stock | A | Dividend | K | T | | | | | |
| 43. IBM Stock | B | Dividend | K | T | | | | | |
| 44. MSCI EAFE Index I shares | A | Dividend | | | Sold | 12/21/18 | K | | |
| 45. Russell 2000 I shares | B | Distribution | M | T | | | | | |
| 46. Johnson & Johnson Stock | B | Dividend | L | T | | | | | |
| 47. JP Morgan Chase Stock | B | Dividend | L | T | | | | | |
| 48. Kraft Heinz Stock | A | Dividend | J | T | | | | | |
| 49. Lamb Weston Stock | A | Dividend | J | T | | | | | |
| 50. Lockheed Martin Stock | A | Dividend | K | T | | | | | |
| 51. Lowes Stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dooley, Kari A. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Manulife Financial Stock | A | Dividend | J | T | | | | | |
| 53. McDonalds Stock | B | Dividend | L | T | | | | | |
| 54. Merck | A | Dividend | K | T | | | | | |
| 55. Microsoft Stock | A | Dividend | K | T | | | | | |
| 56. Mondelez Interntional Stock | A | Dividend | J | T | | | | | |
| 57. Motorola Stock | A | Dividend | J | T | | | | | |
| 58. National Grid ADRs | A | Dividend | J | T | | | | | |
| 59. Norfolk Southern Stock | A | Dividend | K | T | | | | | |
| 60. Occidental Petroleum Stock | A | Dividend | K | T | | | | | |
| 61. Peoples United Financial Stock | B | Dividend | K | T | | | | | |
| 62. Pfizer Stock | B | Dividend | K | T | | | | | |
| 63. Philip Morris International Stock | B | Dividend | K | T | | | | | |
| 64. Phillips 66 Stock | A | Dividend | J | T | | | | | |
| 65. PPL Corp Stock | A | Dividend | K | T | | | | | |
| 66. Proctor and Gamble Stock | B | Dividend | K | T | | | | | |
| 67. Qualcomm Stock | B | Dividend | K | T | | | | | |
| 68. Raytheon Stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Rockwell utomation Stock | A | Dividend | K | T | | | | | |
| 70. Rockwell Collins Stock | A | Dividend | | | Sold | 11/28/18 | K | E | |
| 71. Royal Dutch Shell ADRs | B | Dividend | K | T | | | | | |
| 72. Scana Corp Stock | A | Dividend | K | T | | | | | |
| 73. Senior HSG PPTYS TRSB1 Stock | B | Dividend | J | T | | | | | |
| 74. S & P 500 ETF | C | Distribution | M | T | | | | | |
| 75. Total S.A. Stock | A | Dividend | K | T | | | | | |
| 76. Travelers Stock | A | Dividend | K | T | | | | | |
| 77. United Technologies Stock | A | Dividend | J | T | Buy | 11/29/18 | J | | |
| 78. US Bancorp Stock | A | Dividend | K | T | | | | | |
| 79. Valero Energy Stock | A | Dividend | K | T | | | | | |
| 80. Verizon Stock | B | Dividend | L | T | | | | | |
| 81. Walmart Stock | B | Dividend | K | T | | | | | |
| 82. Wells Fargo Stock | A | Dividend | K | T | | | | | |
| 83. Blackrock Eurofund | A | Distribution | | | Sold | 12/31/18 | K | | |
| 84. American Century Growth Fund | E | Distribution | M | T | | | | | |
| 85. American Century Select Fund | D | Distribution | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dooley, Kari A. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. American Century Heritage Fund | E | Distribution | M | T | | | | | |
| 87. American Century Intermediate-Term Tax Free Bond Fund | C | Dividend | M | T | | | | | |
| 88. Janus Henderson Forty Fund | E | Distribution | M | T | | | | | |
| 89. Janus Henderson Research Fund | D | Distribution | M | T | | | | | |
| 90. Jnus Henderson Overseas Fund | A | Distribution | L | T | | | | | |
| 91. MFS Value R4 Fund | B | Distribution | M | T | | | | | |
| 92. Northern Mid Cap Index Fund | E | Distribution | N | T | | | | | |
| 93. Northern Small Cap Index Fund | D | Distribution | L | T | | | | | |
| 94. Wells Fargo Adv DJ Target 2025 Fund | D | Distribution | L | T | | | | | |
| 95. William Blair International Growth Fund | D | Distribution | L | T | | | | | |
| 96. Allianz Global Small Cap Fund | C | Distribution | K | T | | | | | |
| 97. MFS Global Fund | A | Distribution | K | T | | | | | |
| 98. Lehman Brothers (2/26/12) Bond | | None | | | Sold | 12/24/18 | J | | |
| 99. Hartford Financial (3/15/18) Bond | A | Interest | | | Matured | 03/15/18 | K | | |
| 100. Ford (1/15/21) Bond | B | Interest | K | T | | | | | |
| 101. Goldman Sachs (1/24/22) Bond | B | Interest | K | T | | | | | |
| 102. Viacom (2/4/22) Bond | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dooley, Kari A. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. ConocoPhillips (11/15/24) Bond | A | Interest | K | T | | | | | |
| 104. Energy Transfer Partners (1/15/26) Bond | A | Interest | K | T | | | | | |
| 105. Ingersoll Rnd (2/15/30) Bond | B | Interest | K | T | | | | | |
| 106. Tosco Corp (2/15/30) Bond | B | Interest | K | T | | | | | |
| 107. Aegon Preferred Stock | A | Dividend | J | T | | | | | |
| 108. FNMA Pfd Series T Preferred Stock | | None | | | Sold | 12/21/18 | J | | |
| 109. Puerto Rico Bldg Auth (7/1/17) Bond | B | Interest | J | T | | | | | |
| 110. Chicago City Colleges (1/1/18) Bond | | None | | | Matured | 01/02/18 | J | | |
| 111. NJ Higher Educ. Assistance (6/1/18) Bond | A | Interest | | | Matured | 06/01/18 | K | | |
| 112. Regional Sch. Dist. 19 (6/15/18) Bond | A | Interest | | | Matured | 06/15/18 | J | | |
| 113. Merced CA Comm. coll. ((8/1/18) Bond | A | Interest | | | Matured | 08/01/18 | J | | |
| 114. Merident CT Municipal (8/1/19) Bond | B | Interest | L | T | | | | | |
| 115. Puerto Rico Sales Tax (8/1/19) Bond | | None | | | Sold | 12/31/18 | J | | |
| 116. CT HEF (7/1/20) Bond | B | Interest | K | T | | | | | |
| 117. Puerto Rico Elec. Pwr Auth (7/1/20) Bond | A | Interest | J | T | | | | | |
| 118. Torrance, CA School District (8/1/20) Bond | B | Interest | K | T | | | | | |
| 119. CT HEF (7/1/21) Bond | B | Interest | | | Redeemed | 07/02/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dooley, Kari A. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. CT HEF (7/1/21) Bond | A | Interest | | | Redeemed | 07/02/18 | J | | |
| 121. Hartford CT Municipal (8/15/21) Bond | A | Interest | J | T | | | | | |
| 122. CT State OID Series C (11/1/21) Bond | B | Interest | | | Redeemed | 11/01/18 | K | | |
| 123. El Dorado CA Sch Dist. (12/1/21) Bond | | None | K | T | | | | | |
| 124. CT HEF (7/1/22) Bond | A | Interest | | | Redeemed | 07/02/18 | J | | |
| 125. CT HEF (7/1/22) Bond | A | Interest | | | Redeemed | 07/02/18 | J | | |
| 126. Philadelphia PA Sch. Dist. (9/1/22) Bond | A | Interest | J | T | | | | | |
| 127. New Haven, CT Municipal (11/121) Bond | A | Interest | | | Redeemed | 11/01/18 | K | | |
| 128. PA ST Sch Bldg Auth (6/1/23) Bond | B | Interest | K | T | | | | | |
| 129. CT HEF (7/1/23) Bond | A | Interest | | | Redeemed | 07/02/18 | J | | |
| 130. CT HEF (7/1/23) Bond | B | Interest | | | Redeemed | 07/02/18 | J | | |
| 131. CT ST Series E (8/15/23) Bond | B | Interest | K | T | | | | | |
| 132. New Haven CT Municipal (3/1/24) Bond | B | Interest | K | T | | | | | |
| 133. Miami Dade Spl Oblig (10/1/28) Bond | A | Interest | J | T | | | | | |
| 134. CT St Series G (10/15/27) Bond | A | Interest | K | T | | | | | |
| 135. MD ST Series A ST & Loc (8/1/28) Bond | A | Interest | K | T | | | | | |
| 136. CT ST Spl Tax Oblig (10/1/28) Bond | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dooley, Kari A. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  CT ST HEF (7/1/29) Bond | A | Interest | K | T | | | | | |
| 138.  CT ST Spl Tax Oblig (10/1/30) Bond | A | Interest | J | T | | | | | |
| 139.  Loomis Sayles Bond Fund | A | Distribution | J | T | | | | | |
| 140.  Eaton Vance Floating Rate Fund | A | Dividend | K | T | | | | | |
| 141.  Vanguard European Stock Index Fund UTMA | A | Distribution | J | T | | | | | |
| 142.  Vangurd Total Stock Market Index Fund - UTMA | A | Distribution | K | T | | | | | |
| 143.  Northern Large Cap Core Fund - UTMA | A | Dividend | | | Sold | 10/12/18 | J | A | |
| 144.  Integrity Growth and Income Fund - UTMA | A | Distribution | | | Sold | 10/15/18 | J | A | |
| 145.  CT Higher Educ. Trust (529 Plans) - age based option | | None | N | T | | | | | |
| 146.  Merrill Lynch CMA - cash accounts | B | Interest | N | T | | | | | |
| 147.  CT 457 Deferred Compensation Plan "BOLD" Option | E | Distribution | N | T | | | | | |
| 148.  Bank of China CD | B | Interest | L | T | Buy | 07/13/18 | M | | |
| 149.  Citizens Bank CD | B | Interest | L | T | Buy | 08/14/18 | M | | |
| 150.  M1 Bank CD | B | Interest | L | T | Buy | 09/27/18 | M | | |
| 151.  Bank of India CD | C | Interest | M | T | Buy | 12/12/18 | M | | |
| 152.  Discover Bank CD | B | Interest | | | Matured | 06/01/18 | M | | |
| 153.  Bank of India CD | A | Interest | | | Matured | 08/08/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dooley, Kari A. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. BNY Mellon CD | B | Interest | | | Matured | 12/10/18 | L | | |
| 155. 26 Week US Treasury Bill | B | Interest | M | T | Buy | 12/13/18 | M | | |
| 156. US Series I Bonds | | None | K | T | Buy (add'l) | 11/01/18 | J | | |
| 157. | | | | | Buy (add'l) | 05/01/18 | J | | |
| 158. BNY Mellon CRA (cash) | A | Interest | J | T | | | | | |
| 159. BNY Mellon Intermediate Bond Fund | A | Distribution | J | T | | | | | |
| 160. BNY Mellon Bond Fund | A | Distribution | J | T | | | | | |
| 161. Dreyfus Yield Enhncement Strategy Fund | A | Distribution | J | T | | | | | |
| 162. BNY Mellon Income Stock Fund | A | Distribution | J | T | | | | | |
| 163. BNY Mellon Tax Sensitive Large Cap Multi-Strategy | A | Distribution | J | T | | | | | |
| 164. BNY Mellon Mid Cap Multi-strategy Fund | A | Distribution | J | T | | | | | |
| 165. BNY Mellon Smll/Mid Cap Fund | | None | J | T | | | | | |
| 166. Dreyfus Diversified International Fund | A | Distribution | J | T | | | | | |
| 167. Dreyfus International Small Cap Fund | A | Distribution | J | T | | | | | |
| 168. Dreyus BNY Mellon Funds Inc - Diversifier Strategies Fund | A | Distribution | K | T | | | | | |
| 169. Northwestrn Mutual Whole Life Ins. Policy | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dooley, Kari A. | 05/09/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Kari A. Dooley**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544